UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| KAMAL KARNA ROY, | |
|---|---|
| Plaintiff, | NO. CV-09-0204-LRS |
| vs. | ORDER OF DISMISSAL |
| TO WHOM IT MAY CONCERN IN USA AND LORD, ET AL, | |
| Defendants. | |

The *pro se* plaintiff, Kamal Karna Roy, has filed a *pro se* complaint dated July 6, 2009. Under 28 U.S.C. §1915, district courts are required to screen *pro se* complaints for legal and factual sufficiency. On August 24, 2009, the Court conducted the required screening. Fed.R.Civ.P. 8(a) requires a complaint to contain a short and plain statement of the grounds upon which the court's jurisdiction depends, a short and plain statement of the claim showing the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Rule 8(e)(1) requires averment of a pleading be simple, concise and direct.

The Court determines that Plaintiff's Complaint fails to comply with Federal Rule of Civil Procedure 8(a) and fails to state a claim(s) for which federal jurisdiction lies. When a complaint is dismissed

ORDER OF DISMISSAL - 1

under section 1915(e), the plaintiff should be given leave to amend the complaint with directions as to curing its deficiencies, unless it is clear from the face of the complaint that the deficiencies could not be cured by amendment. *Noll v. Carlson*, 809 F.2d 1446, 1448 (9th Cir.1987)(dismissal for failure to state a claim). The Court finds that the deficiencies herein cannot be cured by amendment. The Court hereby dismisses Plaintiff's action without prejudice.

**IT IS HEREBY ORDERED:** Plaintiff's action is **DISMISSED** without prejudice.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment as appropriate, provide a copy to plaintiff, and **CLOSE THIS FILE.**

**DATED** this  3rd  day of September, 2009.

*s/Lonny R. Suko*
___
LONNY R. SUKO
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL – 2